No. 04-02-00252-CV



Byron M. BURRIS and James H. Hoffman,


Appellants



v.



WARM SPRINGS REHABILITATION FOUNDATION, INC.,


Appellee



From the 166th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CI-00736


Honorable Karen Pozza, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Alma L. López, Justice

 Catherine Stone, Justice


Delivered and Filed: May 29, 2002


DISMISSED

 The parties have filed a joint motion to dismiss this appeal because the parties have settled all
matters in controversy between the parties. The motion is granted, and the appeal is dismissed. See
Tex. R. App. P. 43.2(f); Caballero v. Heart of Texas Pizza, L.L.C., 70 S.W.3d 180, 181 (Tex. 

App.--San Antonio 2001, no pet. h.). In accordance with the parties' motion, costs of appeal are
taxed against the parties incurring the same.

 PER CURIAM

DO NOT PUBLISH